UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                        :

RENE ROY,                                     Case No. 1:19 cv-2725-ALC

             Plaintiff,

     -against-                    **STIPULATION AND ORDER REGARDING TIME TO RESPOND TO THE COMPLAINT**

FORTUNE MEDIA (USA) CORPORATION,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for all parties that the deadline for Defendant Fortune Media (USA) Corporation, or for any predecessor thereof remaining in interest, to answer, move, or otherwise respond to Plaintiff's Complaint is extended from April 19, 2019 to May 20, 2019.

Dated:   New York, New York
           April 17th, 2019

| LIEBOWTIZ LAW FIRM, PLLC | SATTERLEE STEPHENS LLP |
|---|---|
| By: /s/ Richard Liebowitz<br>    Richard Liebowitz<br>11 Sunrise Plaza #305<br>Valley Street, NY 11580<br>(516) 233-1660<br>*Attorneys for Plaintiff* | By: /s/ Mark Lerner<br>    Mark Lerner<br>    Robert Carrillo<br>230 Park Avenue, Suite 1100,<br>New York, NY 10169<br>(212) 404-8713<br>*Attorneys for Defendant Fortune Media (USA) Corporation Predecessor Remaining In Interest, Meredith Corporation* |

Dated: _____

                                                 SO ORDERED

                                                 _____

                                                 Hon. Judge Andrew L. Carter, Jr.