UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
RENE ROY,

        Plaintiff,    Case No. 19-2725

  - against -

FORTUNE MEDIA (USA) CORPORATION,

         **<ins>NOTICE OF APPEARANCE</ins>**
        Defendant.
------------------------------------------------------------------ X

  PLEASE TAKE NOTICE that Mark Lerner hereby appears on behalf of Defendant Fortune Media (USA) Corporation in the above-titled action and requests that copies of all notices, pleadings, and other papers in this matter be served on the undersigned.

Dated: New York, New York
   April 18, 2019

          SATTERLEE STEPHENS LLP

        By:_____
          Mark Lerner
         230 Park Avenue, 11th Floor
         New York, New York  10169
         (212) 818-9200
         *Attorneys for Fortune Media (USA) Corporation*

3196885_1