USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/22/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RENE ROY,

                Plaintiff,

-against-

FORTUNE MEDIA (USA) CORPORATION,

                Defendant.

------------------------------------------------------------X

Case No. 1:19 cv-2725-ALC

**STIPULATION AND ORDER REGARDING TIME TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for all parties that the deadline for Defendant Fortune Media (USA) Corporation, or for any predecessor thereof remaining in interest, to answer, move, or otherwise respond to Plaintiff's Complaint is extended from April 19, 2019 to May 20, 2019.

Dated: New York, New York
April 17th, 2019

LIEBOWTIZ LAW FIRM, PLLC

By: /s/ Richard Liebowitz
Richard Liebowitz
11 Sunrise Plaza #305
Valley Street, NY 11580
(516) 233-1660
*Attorneys for Plaintiff*

SATTERLEE STEPHENS LLP

By: /s/ Mark Lerner
Mark Lerner
Robert Carrillo
230 Park Avenue, Suite 1100,
New York, NY 10169
(212) 404-8713
*Attorneys for Defendant Fortune Media (USA) Corporation Predecessor Remaining In Interest, Meredith Corporation*

Dated: April 22, 2019

SO ORDERED

/s/ Andrew L. Carter, Jr.
Hon. Judge Andrew L. Carter, Jr.

3196399_2